**Deny and Opinion Filed May 19, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00541-CV

## IN RE HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02312-M**

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Lewis
Opinion by Justice Moseley

The Court has before it relator's petition for writ of mandamus in which relator seeks an order directing the trial court to grant its motion to dismiss the claims of the California plaintiffs in the case on the grounds of forum non conveniens. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** the petition for writ of mandamus.

/Jim Moseley/
_____
JIM MOSELEY
JUSTICE

140541F.P05